**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01769-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

TIO CARR,

      Plaintiff,

v.

[NO NAMED DEFENDANT],

      Defendant.

_____

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

_____

      Plaintiff, Tio Carr, currently is incarcerated at the Arapahoe County Detention

Facility in Centennial, Colorado.  He filed *pro se* a letter (ECF No. 1).  As part of the

court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the

submitted document is deficient as described in this order.  Plaintiff will be directed to

cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in

response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)    X    is not submitted (<u>must submit the court's current form revised 10/01/12
                   with Authorization and Certificate of Prison Official</u>)
(2)    __    is missing affidavit
(3)    X    is missing certified copy of prisoner's trust fund statement for the 6-month
                   period immediately preceding this filing
(4)    __    is missing certificate showing current balance in prison account
(5)    __    is missing required financial information
(6)    __    is missing an original signature by the prisoner
(7)    __    is not on proper form
(8)    __    names in caption do not match names in caption of complaint, petition or

habeas application

(9)   __   An original and a copy have not been received by the court.
           Only an original has been received.
(10)  _X_  other:  § 1915 motion and affidavit and certified account statement only
           are necessary if $400.00 filing fee is not paid in full in advance.

**Complaint, Petition or Application**:

(11)  _X_  is not submitted
(12)  __   is not on proper form (must use the court's current form)
(13)  __   is missing an original signature by the prisoner
(14)  __   is missing page nos. ___
(15)  __   uses et al. instead of listing all parties in caption
(16)  __   An original and a copy have not been received by the court.  Only an
           original has been received.
(17)  __   Sufficient copies to serve each defendant/respondent have not been
           received by the court.
(18)  __   names in caption do not match names in text
(19)  __   other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty**

**(30) days from the date of this order**.  Any papers that Plaintiff files in response to this

order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain (with the assistance of his case

manager or the facility's legal assistant) the Court-approved forms for filing a Prisoner's

Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner

Complaint, along with the applicable instructions, at www.cod.uscourts.gov, and shall

use those forms in curing the designated deficiencies.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies

2

**within thirty days from the date of this order**, the action will be dismissed without

further notice.

DATED June 25, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge