IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01769-BNB

TIO CARR,

    Plaintiff,

v.

AURORA POLICE DEPARTMENT, and
AURORA FIRE DEPARTMENT, the specific names are in reports that are being
    withheld from me case number is 2014CR000695,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Tio Carr, currently is incarcerated at the Arapahoe County Detention Facility in Centennial, Colorado.  He attempted to initiate the instant action by submitting *pro se* a letter (ECF No. 1) to the Honorable John L. Kane, a senior district judge of this Court.

The Court reviewed the letter and determined it was deficient.  Therefore, on June 25, 2014, Magistrate Judge Boyd N. Boland entered an order (ECF No. 3) directing Mr. Carr to cure certain enumerated deficiencies in the case within thirty days if he wished to pursue his claims.

The June 25 order pointed out that Mr. Carr failed to submit either the $400.00 filing fee or a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the proper, Court-approved form, i.e., the current form revised October 1, 2012, with an authorization and certificate of prison official.  The June 25

order also pointed out that he failed to submit a certified account statement for the six-month period immediately preceding this filing.  The June 25 order directed him to file a Prisoner Complaint on the proper, Court approved form.  The order further directed him to obtain, with the assistance of his case manager or the facility's legal assistant, the current, Court-approved forms for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint.  The June 25 order warned Mr. Carr that if he failed to cure the designated deficiencies within thirty days, the action would be dismissed without prejudice and without further notice.

On July 18, 2014, Mr. Carr filed a Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Criminal Case (ECF No. 4), which was not the § 1915 motion and affidavit revised October 1, 2012, with an authorization and certificate of prison official he was directed to file.  On July 21, 2014, he submitted a Prisoner Complaint pursuant to 42 U.S.C. § 1983 (ECF No. 5).  Also on July 21, he submitted a note about the lack of assistance from the Arapahoe County Jail and attached pages 4, 5, 6, 7, and 8 (ECF No. 6) that were missing from the Prisoner Complaint he submitted on July 21.

Mr. Carr has failed within the time allowed to cure all the designated deficiencies.  Therefore, the action will be dismissed without prejudice for Mr. Carr's failure to cure the designated deficiencies as directed within the time allowed.

Finally, the Court certifies pursuant to § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Mr. Carr files a notice of appeal he also must pay the full $505.00 appellate

filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Tio Carr, to cure the deficiencies designated in the order to cure of June 25, 2014, within the time allowed. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED at Denver, Colorado, this  1st  day of      August        , 2014.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK
Senior Judge, United States District Court